TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00299-CV







James B. Sammons, Appellant



v.



Tom Jones Sammons, Sr. and Tom Jones Sammons, Jr., Individually and as 


Trustee of the Bernice Jones Sammons Koy Trust, Appellees







FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT


NO. 045A-92, HONORABLE EMIL KARL PROHL, JUDGE PRESIDING







PER CURIAM



 The parties have filed a joint motion to affirm judgment on the merits pursuant to
settlement agreement. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is affirmed, pursuant to the parties' settlement
agreement.


Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed on Joint Motion

Filed: February 22, 1995

Do Not Publish